1  Amy F. Sorenson, Esq.
   Nevada Bar No. 12495
2  Karl O. Riley, Esq.
   Nevada Bar No. 12077
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV  89169
   Telephone (702) 784-5200
5  Facsimile (702) 784-5252
   Email: rgordon@swlaw.com
6         kriley@swlaw.com

7  *Attorneys for Defendant Wells Fargo Financial Nevada, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CECILIA RAMOS, | CASE NO. 2:15-cv-000277-APG-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |
| CREDIT MANAGEMENT, L.P., SYNCHRONY BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EXPERIAN INFORMATION SOLUTIONS, INC., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Cecilia Ramos, by and through her attorneys, Kazerouni Law Group and Haines & Krieger, LLC, and Defendant Wells Fargo Financial Nevada, Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on February 17, 2015, Plaintiff filed her Complaint;

WHEREAS, the Summons was mailed to Wells Fargo on February 23, 2015;

WHEREAS, on April 3, 2015, the parties stipulated to have Wells Fargo file a responsive pleading on April 30, 2015;

WHEREAS, Wells Fargo needs further time to respond to Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before May 22, 2015.

**IT IS SO STIPULATED.**

DATED this 24th day of April, 2015.   DATED this 24th day of April, 2015.

SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen  
   Danny J. Horen, Esq.  
   Nevada Bar No. 13153  
   KAZEROUNI LAW GROUP, APC  
   7854 W. Sahara Avenue  
   Las Vegas, Nevada 89117  
   Tel: (702) 485-3300

David H. Krieger  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
8985 S. Eastern Avenue  
Henderson, NV 89123  
Tel: (702) 880-5554

*Attorneys for Plaintiff*

By: /s/ Karl O. Riley  
   Richard C. Gordon, Esq.  
   Nevada Bar No. 9036  
   Karl O. Riley, Esq.  
   Nevada Bar No. 12077  
   3883 Howard Hughes Parkway, Suite 1100  
   Las Vegas, Nevada 89169  
   Tel: (702) 784-5200  
   *Attorneys for Defendant Wells Fargo Home Mortgage*

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before May 22, 2015.

**IT IS SO ORDERED.**

DATED: __April 27__, 2015.

_____  
UNITED STATES MAGISTRATE JUDGE

21467871