David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **CECILIA RAMOS,**<br><br>  Plaintiff,<br><br>  v.<br><br>**CREDIT MANAGEMENT, LP., SYNCHRONY BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>  Defendants. | Case No.: 2:15-cv-00277-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT WELLS FARGO FINANCIAL NEVADA, INC.'S MOTION TO DISMISS**<br><br>[SECOND REQUEST] |

Plaintiff, CECILIA RAMOS ("Plaintiff"), and Defendant, WELLS FARGO FINANCIAL NEVADA, INC. ("Wells Fargo"), hereby submit the following Stipulation to Extend Time for Plaintiff to Respond to Wells Fargo's Motion to Dismiss. The current deadline is set for June 22, 2015.

1. Plaintiff's Complaint was filed on February 17, 2015. [Dkt. No. 1]
2. Wells Fargo filed its Motion to Dismiss [Dkt. No. 12] on May 22, 2015.
3. Plaintiff and Wells Fargo have agreed to an extension of time of 14 days, up to and including July 6, 2015 for Plaintiff to respond to Wells Fargo's Motion To Dismiss.
4. This second request is not made for purposes of delay, but rather to allow the parties to explore settlement.

The parties therefore respectfully request this Court enter an order granting an extension of time of 14 days, up to and including July 6, 2015, for Plaintiff to respond to Wells Fargo's Motion to Dismiss.

DATED: June 22, 2015

| SNELL & WILMER | KAZEROUNI LAW GROUP, APC |
|---|---|
| /s/ Karl Riley | /s/ DANNY J. HOREN |
| Karl Riley, Esq. | DANNY J. HOREN, ESQ |
| 3883 Howard Hughes Parkway, Suite 1100 | 7854 W. Sahara Avenue |
| Las Vegas, NV 89169 | Las Vegas, NV 89117 |
| matthew.knepper@akerman.com | danny@kazlg.com |
| Attorneys for Wells Fargo | Attorneys for Plaintiff |

**IT IS SO ORDERED**:

Plaintiff shall have 14 days, up to and including July 6, 2015, to respond to Wells Fargo's Motion to Dismiss.

Dated:  June 22, 2015.

_____
UNITED STATES DISTRICT JUDGE