**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

CECLIA RAMOS,

                Plaintiff,

    v.

CREDIT MANAGEMENT LP, et al.,

                Defendants.

Case No. 2:15-cv-0277-APG-GWF

**ORDER DISMISSING DEFENDANT CREDIT MANAGEMENT LP**

On June 18, 2015, plaintiff was advised by the court (Dkt. #20) that this action would be dismissed without prejudice as to defendant Credit Management LP unless on or before July 18, 2015, plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** as to defendant Credit Management LP only.

Dated: July 21, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE