1  Danny J. Horen, Esq.
2  NV Bar No. 13153
   Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Telephone: (800) 400-6808x7
5  Facsimile: (800) 520-5523
6  danny@kazlg.com

7  *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**
10

11 **CECILIA RAMOS,**
                                        **Case No.:** 2:15-cv-00277-APG-GWF
12         Plaintiff,
                                        **STIPULATION OF DISMISSAL OF**
13         v.                           **DEFENDANT EXPERIAN**
                                        **INFORMATION SOLUTIONS, INC.**
14 **CREDIT MANAGEMENT, LP.,**
   **SYNCHRONY BANK, WELLS**
15 **FARGO FINANCIAL NEVADA,**
16 **INC., and EXPERIAN**
   **INFORMATION SOLUTIONS,**
17 **INC.,**
18
           Defendants.
19

20
21
22
23
24
25
26
27
28

---
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff CECILIA RAMOS ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 21, 2015

| KAZEROUNI LAW GROUP | JONES DAY |
|---|---|
| /s/ Danny J. Horen | /s/ Alyssa Staudinger |
| Danny Horen, Esq. | Alyssa Staudinger, Esq. |
| 7854 W. Sahara Avenue | 3161 Michelson Drive, Suite 800 |
| Las Vegas, NV 89117 | Irvine, CA 92612 |
| 800-400-6808 | 949.553.7523 |
| Email: danny@kazlg.com | Email: astaudinger@jonesday.com |
| Attorney for Plaintiff | Attorney for Experian |

IT IS SO ORDERED:

Experian is Dismissed from the instant matter, with Prejudice.

DATED: September 21, 2015

UNITED STATES DISTRICT COURT JUDGE